LISA D. EGAN *v.* PAUL B. EGAN
(AC 25859)

Flynn, C. J., and DiPentima and Mihalakos, Js.

Argued May 2—officially released May 23, 2006

Per Curiam. The judgment is affirmed.